# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Michael Kelsey**
        **Plaintiff**

**CIVIL ACTION**

    **V.**

**NO.   12-10029-MLW**

**Norfolk State Prison, et al,**
        **Defendant**

## ORDER OF DISMISSAL

**WOLF D. J.**

In accordance with the Court's MEMORANDUM AND ORDER dated March 24, 2014, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice.

By the Court,

March 24, 2014        /s/ Daniel C. Hohler    Date
                                              Deputy Clerk

(dismiss order3.wpd - 12/98)